# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

TREMAIN HUGGINS                                                                                             PLAINTIFF

v.                                           2:20-cv-00095-LPR-JJV

PATRICIA SNYDER,
Jail Administrator, Arkansas County                                                      DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

On May 12, 2020, Tremain Huggins ("Plaintiff") filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendant violated his constitutional rights. (Doc. No. 2.) On June 15 and 18, 2020, mail sent to him at the Arkansas County Detention Center, which is his last known mailing address, was returned undeliverable. (Doc. Nos. 7, 8.) Accordingly, on July 7, 2020, I ordered Plaintiff to provide a current mailing address and to file an Application demonstrating whether he was still entitled to proceed *in forma paupers.* (Doc. No. 9). I provided Plaintiff with the necessary forms and caution him that I would recommend dismissal if he failed to do so within thirty (30) days. (*Id.*) My July 7, 2020 Order was returned undelivered. (Doc. No. 10.) But, prior to his release from the Arkansas County Detention Center, Plaintiff received an Order explaining his obligations, under Local Rule 5.5(c)(2), to maintain a valid address with the Clerk and advising him that the failure to comply with a Court order could result in the dismissal of his lawsuit. (Doc. No. 3.)

Plaintiff has not complied with my July 7, 2020 Order, and the time to do so has expired. Without a valid mailing address, it would be futile to give Plaintiff an extension of time to comply. Thus, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. No. 2) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 14th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE