# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TREMAIN HUGGINS**                                                                                       **PLAINTIFF**

**v.**                                      **NO: 2:20-cv-00095-LPR-JJV**

**PATRICIA SNYDER,**
**Jail Administrator, Arkansas County**                                         **DEFENDANT**

## ORDER

Before the Court is a Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review of the Recommendation and the record, this Court adopts the Recommendation in its entirety as the Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE due to lack of prosecution.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 31st day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE