# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TREMAIN HUGGINS**                                                                                 **PLAINTIFF**

**v.**                              **NO: 2:20-cv-00095-LPR-JJV**

**PATRICIA SNYDER,**
**Jail Administrator, Arkansas County**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

IT IS SO ORDERED this 31st day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE